ORIGINAL

FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0181

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0181

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

SANDRA LYNNE JONES,

   Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 26, 2023, to prepare, file, and serve the Appellant's opening brief.